

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FALCO ERMERT,  :
:
                        Plaintiff, : **ORDER**
:
      -v- : 20-CV-4504 (AJN) (JLC)
:
NEWSWEEK MEDIA GROUP, INC., :
:
                      Defendant. :
-----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      By Order of Reference dated September 10, 2020 (Dkt. No. 15), Judge Nathan referred this case to me for settlement.[1] The parties are directed to advise the Court within 30 days when they wish to schedule a settlement conference. The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties. Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court. In light of the COVID-19 pandemic, any settlement conference in the foreseeable future will likely be conducted telephonically. Using the Court's conference line system, the Court will begin the settlement conference in joint session with all parties on the line before

---

[1] Although the parties indicated that they consent to my jurisdiction for all further proceedings in their Case Management Plan and Scheduling Order, which was so ordered by Judge Nathan on September 10, 2020, it appears that they selected the consent option in error as they made other requests addressed to Judge Nathan, including a request for a referral to a Magistrate Judge for a settlement conference. *See* Dkt. No. 17.

breaking into private session and speaking to the parties individually, as the technology the Court is using can facilitate breakout sessions with each side.

    **SO ORDERED.**

Dated: September 11, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge